In the Matter of PERRY PENDELL, Appellant, v COLUMBIA COUNTY SHERIFF'S OFFICE et al., Respondents.

Submitted April 10, 2017; decided June 6, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OTIS BOONE, Appellant.

Decided June 6, 2017

Reargument ordered and case set down for argument at a future session of the Court of Appeals.

Concur: Chief Judge DiFIORE and Judges RIVERA, STEIN, FAHEY and GARCIA. Taking no part: Judge WILSON.

In the Matter of BETHANNE SERWATKA, Respondent, v JOSEPH SERWATKA, Appellant.

Submitted March 27, 2017; decided June 6, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.